DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
OSCAR GARCIA-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. Cr.S. 2-11-410-JAM |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; EXCLUDING TIME** |
| OSCAR GARCIA-PEREZ, ) | |
| Defendant. ) | Date: November 27, 2012<br>Time: 9:45 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney NIRAV DESAI and Assistant Federal Defender COURTNEY FEIN, attorney for OSCAR GARCIA-PEREZ, that the status conference hearing date of October 30, 2012, be vacated, and the matter be set for status conference on November 27, 2012, at 9:45 a.m.

The reason for this continuance is to allow defense counsel to consult with a forensic psychologist regarding a mental health evaluation of Mr. Garcia, order treatment records, and arrange for the psychologist to perform the evaluation at the Sacramento County jail. It has come to counsel's attention that an inquiry into Mr. Garcia's competency is necessary.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including November 27, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and

Local Code T4 based upon continuity of counsel.

DATED: October 26, 2012                    Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Designated Counsel for Service
Attorney for OSCAR GARCIA-PEREZ

DATED: October 26, 2012                    BENJAMIN WAGNER
United States Attorney


/s/ Courtney Fein for
NIRAV DESAI
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 30, 2012, status conference hearings be continued to November 27, 2012, at 9:45 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. It is ordered that time up to and including the November 27, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: 10/26/2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge